UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON PALMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMMS,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-01611-CDB (PC)<br><br>**ORDER RE VOLUNTARY DISMISSAL**<br><br>(Doc. 10)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE** |

　　　　Plaintiff Marlon Palmer filed a notice of voluntary dismissal on January 23, 2022. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

　　　　Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an

///

///

///

1  answer or a motion for summary judgment, this action has terminated. Accordingly, the Court
2  DIRECTS the Clerk of the Court to terminate all pending motions and to close this case.
3  IT IS SO ORDERED.

Dated: **January 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE